AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pechman, Marsha J. | U.S. District Court | 05/12/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III judge - active | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 700 Stewart Street, Room 14229 Seattle, WA 98101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

FINANCIAL DISCLOSURE OFFICE
2009 MAY 18 P 3: 03
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/99 | Public Employees Retirement System, State of Washington (retirement benefit plan) |
| 2. | |
| 3. | |

Pechman_Marsha_J

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Preg O'Donnel & Gillett |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa | Credit card | J |
| 2. | ██████ college tuition | Periodic payment contract ██████ | K |
| 3. | ██████ college tuition | Periodic payment contract ██████ | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alliance-Bernstein Global Tech Cl B | | None | | | Sold | 10/23 | K | A | |
| 2. Bank Dep Sweep Opt | A | Interest | L | T | | | | | |
| 3. Baron Asset Fund | | None | J | T | Buy | 10/21 | J | | |
| 4. | | | | | Buy (add'l) | 12/24 | J | | |
| 5. Bridgeway Fund, Inc. | | None | J | T | Buy | 10/21 | J | | |
| 6. | | | | | Buy (add'l) | 12/18 | J | | |
| 7. Capital World Growth & Income Fund, Cl A | B | Dividend | | | Sold | 8/5 | J | A | |
| 8. Capital World Growth & Income Fund, Cl F | B | Dividend | | | Sold | 8/5 | K | B | |
| 9. Centennial Money Mkt | A | Interest | | | Closed | 8/5 | J | | (see VIII. notes) |
| 10. Cisco Systems | | None | J | T | | | | | |
| 11. Dodge & Cox Income | | None | J | T | Buy | 10/21 | J | | |
| 12. | | | | | Buy (add'l) | 12/24 | J | | |
| 13. Dodge & Cox International | | None | J | T | Buy | 10/21 | J | | |
| 14. | | | | | Buy (add'l) | 12/24 | J | | |
| 15. | | | | | Buy (add'l) | 12/26 | J | | |
| 16. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 17. Emerson Electric | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. EuroPacific Growth Fund | | None | J | T | Buy | 10/21 | J | | |
| 19. | | | | | Buy (add'l) | 12/24 | J | | |
| 20. Exxon/Mobil Corp. | A | Dividend | J | T | | | | | (see VIII. notes) |
| 21. Federated Money Market | D | Interest | M | T | | | | | |
| 22. Fidelity Adv Eq & Inc., Cl A (converted from FA Eq Port B) | A | Dividend | | | Sold | 10/21 | J | D | |
| 23. Fidelity Adv Mid Cap Fund, Cl A | | None | | | Sold | 10/21 | K | A | |
| 24. Franklin Custodian Funds, Growth Series Cl A | | None | -- | | Sold | 7/28 | J | C | |
| 25. Franklin Rising Dividends A | A | Dividend | | | Sold | 7/28 | K | C | |
| 26. Franklin Small Mid Cap Growht Fund, Cl A | | None | | | Sold | 7/28 | K | A | |
| 27. General Electric | A | Dividend | K | T | | | | | |
| 28. Growth Fund America Inc., Cl A | A | Dividend | | | Sold | 8/5 | J | A | |
| 29. Growth Fund America Inc., Cl F | A | Dividend | | | Sold | 8/5 | K | C | |
| 30. Investment Co. America, Cl F | A | Dividend | | | Sold | 8/5 | K | B | |
| 31. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 32. Medtronic, Inc. | A | Dividend | | | Sold | 10/6 | J | A | |
| 33. Mutual Service Fund, Inc., Beacon Fund Cl A | A | Dividend | | | Sold | 8/5 | K | A | |
| 34. Oppenheimer Main Str Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Powershares Biotech & Genome Portfolio | | None | | | Sold | 7/28 | J | A | |
| 36. Powershares Wilder Hill Clean Energy Portfolio | A | Dividend | | | Sold | 7/28 | J | A | |
| 37. Spectra Energy Corp. | A | Dividend | J | T | | | | | |
| 38. Target | A | Dividend | J | T | | | | | (see VIII. notes) |
| 39. Templeton Fund (World Funds Cl A) | A | Dividend | | | Sold | 8/5 | J | A | |
| 40. Templeton Growth Fund | A | Dividend | | | Sold | 7/28 | K | A | |
| 41. Vanguard Inflation-Protected Securities | A | Dividend | K | T | Buy | 8/13 | K | | |
| 42. Vanguard Prime Money Mkt Fund | A | Dividend | K | T | Open | 8/14 | K | | |
| 43. Vanguard Strategic Equity Fund | A | Dividend | K | T | Buy | 8/04 | K | | |
| 44. Vanguard Total International Stock Index Fund | A | Dividend | K | T | Buy | 8/04 | J | | |
| 45. | | | | | Buy (add'l) | 8/13 | K | | |
| 46. Vanguard Total Stock Market Index Fund | A | Dividend | L | T | Buy | 8/13 | L | | |
| 47. Vanguard Wellesley Income Fund | A | Dividend | J | T | Buy | 8/04 | J | | |
| 48. Vanguard Wellington Fund | A | Dividend | K | T | Buy | 8/13 | K | | |
| 49. Washington Mutual Investors Fund | A | Dividend | | | Sold | 7/28 | K | | |
| 50. Wells Fargo & Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. 9. Centennial Money Market was the money market fund associated with Judge Pechman's investments with AG Edwards. Judge Pechman moved all her investments over to Vanguard Securities in August 2008; AG subsequently was dissolved.

VII. 20. The Exxon Mobil stock was mistakenly reported as "Sold" in the 2007 FDR; that transaction should have been reported as "Sold (part)" as there are still holdings of Exxon stock in ████████ portfolio.

VII. 38. The Target stock was mistakenly reported as "Sold" in the 2007 FDR; that transaction should have been reported as "Sold (part)" as there are still holdings of Target stock in ████████ portfolio.

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/12/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS.

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544